IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAE KYUNG LEE, ) | |
| ) | Civ. No. 4:07CV3038 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| F. GERARD HEINAUER, et al., ) | |
| ) | |
| Defendants. ) | |

UPON the Defendants' Motion for an Extension of Time in which to meet and confer pursuant to Fed. R. Civ. P. 26(f) (filing # 14);

AND for good cause shown,

IT IS HEREBY ORDERED that the Defendants' motion is granted in part.  The parties shall have **ten (10)** days to meet and confer after the Defendants have filed a responsive pleading in this case.

DATED this 23rd  day of May, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge