IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TAE KYUNG LEE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3038 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA SERVICE CENTER, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, Gerard Heinauer, Director, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, Emilio T. Gonzalez, Director, ATTORNEY GENERAL OF THE UNITED STATES, Alberto Gonzalez, and DEPARTMENT OF HOMELAND SECURITY, Michael Chertoff, Secretary, | ) ) ) ) ) ) ) ) ) ) | ORDER OF DISMISSAL |
| | ) | |
| Defendants. | ) | |
| | ) | |

    IT IS ORDERED that the Motion to Dismiss complaint, filing 16, is granted and this action is dismissed with prejudice.

    Dated July 5, 2007.

                              BY THE COURT

                              s/   Warren K. Urbom
                              United States Senior District Judge